UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

07 JUN -6 PM 2: 46

RON                CLERK
              DIST COURT
WESTERN DISTRICT OF MICH

BY_____

UNITED STATES OF AMERICA,

Plaintiff,                    No.

vs.                           Hon.                **1:07 CR0139**

BRAD RICHARD HARPER,          **INDICTMENT**

Defendant.                                        **Gordon J. Quist**
                                                  **U.S. District Judge**
_____/

The Grand Jury charges:

## COUNT 1

On or about March 28, 2003, in Calhoun County, in the Southern Division of the Western

District of Michigan,

### BRAD RICHARD HARPER,

in a matter within the jurisdiction of the United States Department of Labor ("DOL"), did

knowingly and willfully make and use a false writing and document by presenting to DOL a false

Labor Organization Annual Report Form LM-3 ("LM-3"), for Local 1629 of the American

Federation of Government Employees, knowing that the LM-3 did not report illegal

disbursements of funds to BRAD RICHARD HARPER.

18 U.S.C. § 1001(a)(1)

## COUNT 2

On or about March 30, 2004, in Calhoun County, in the Southern Division of the Western District of Michigan,

### BRAD RICHARD HARPER,

in a matter within the jurisdiction of the United States Department of Labor ("DOL"), did knowingly and willfully make and use a false writing and document by presenting to DOL a false Labor Organization Annual Report Form LM-3 ("LM-3"), for Local 1629 of the American Federation of Government Employees, knowing that the LM-3 did not report illegal disbursements of funds to BRAD RICHARD HARPER.

18 U.S.C. § 1001(a)(1)

## COUNT 3

On or about March 21, 2005, in Calhoun County, in the Southern Division of the Western District of Michigan,

### BRAD RICHARD HARPER,

in a matter within the jurisdiction of the United States Department of Labor ("DOL"), did

knowingly and willfully make and use a false writing and document by presenting to DOL a false

Labor Organization Annual Report Form LM-3 ("LM-3"), for Local 1629 of the American

Federation of Government Employees, knowing that the LM-3 did not report illegal

disbursements of funds to BRAD RICHARD HARPER.

18 U.S.C. § 1001(a)(1)

A TRUE BILL

GRAND JURY FOREPERSON

CHARLES R. GROSS
United States Attorney

JULIE ANN WOODS
Assistant United States Attorney